**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2006**

───────────

TACITUS ANASTACIUS HALL,

    Plaintiff - Appellant,

  v.

VIRGINIA ELECTRIC & POWER COMPANY; VCU - U-HALL, Opta Parma, Griffals College; Storage Units, Midical Services; DMV; WAWA & GREAT DEALS TOWING/BOX 6065; ROZIER INVESTMENTS GREAT DEALS TOWING; CITY OF RICHMOND; HENRICO COUNTY; PRINCE GEORGE COUNTY; SURRY COUNTY; SUSSEX COUNTY; BETTER HOUSING CONDITION; LEBENON VILLAGE, a/k/a Ford, Chevrolet, ect,

    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00457-DJN)

───────────

Submitted:  September 28, 2023      Decided:  October 2, 2023

───────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Tacitus Anastacius Hall, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Tacitus Anastacius Hall appeals the district court's order dismissing his complaint for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hall v. VEPCO*, No. 3:22-cv-00457-DJN (E.D. Va. Aug. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*